| | For Clerk's Office Use | |
|---|---|---|
| Judge | Recd Date | Grv. |
| M | | |

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983**

**INMATE NAME:** Steven Anthony Langley

**PRISONER NO.:** 1193981

**PLACE OF CONFINEMENT:** D417

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 2 8 2019

JULIA C. DUDLEY, CLERK
BY: /s/ Seagle
DEPUTY CLERK

Steven Anthony Langley
Enter Full Name                Plaintiff

vs.

**CIVIL ACTION NO.** 7:19CV201

Doc Food Service, At Wallens Ridge state prison
Enter Full Name(s)        Defendant(s)

A. Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

_____ Yes    ✓ No

B. If your answer to A is Yes, describe the action in the space below.

1. Parties to the Action: _____

2. Court: _____

3. Docket No.: _____

4. Judge: _____

5. Disposition: _____

(For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C. Have you filed any grievances regarding the facts of your complaint?

Yes ✓    No _____

1. If your answer is Yes, complete the enclosed verified statement, indicating the result. Please attach evidence of your exhaustion of all available grievance procedures.

2. If your answer is No, indicate the reason for failure to exhaust on the verified statement. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

D.  Statement of Claim - State here briefly the facts of your case. Describe what action(s) each defendant took in violation of your constitutional rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. Use as much space as needed. You may attach extra paper if necessary.

Claim #1 - Supporting Facts - Tell your story briefly without citing cases or law.

Well sense I arrive at wallens ridge state prison in July of 2016 food service refuse to feed me and other inmates at this prison 2,701 Calories which is food service policy

Claim #2 - Supporting Facts - Tell your story briefly without citing cases or law.

I have lost numoros weight sense I arrive at this prison and you can surpress my medical record to see how much weight I have lost

Claim #3 - Supporting Facts - Tell your story briefly without citing cases or law.

E.  State what relief you seek from the Court. Make no legal arguments, cite no cases or statutes.

I would like for the courts to send someone to investigate food service and I will like a 200,000

City, County of Wise
Commonwealth of Virginia Dept of Corrections
SIGNED THIS _____ DAY OF _____, 20 19 .

Subscribed and Sworn Before me this 15th day
of February , 20 19 , by
Notary Public S.A. Caughron
My Commission Expires 01-31-2020

Steven Anthony Langley
(Signature of Each Plaintiff)

S.A. CAUGHRON
NOTARY PUBLIC
REG. #7700795
MY COMMISSION EXPIRES
01/31/2020
COMMONWEALTH OF VIRGINIA

**VERIFICATION:**

I, Steven Anthony Langley , state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 USC §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: _____   SIGNED: Steven Langley

S Langley 1193986
WALLENS RIDGE STATE PRISON
P.O. BOX 759
BIG STONE GAP VA 24219

Legal

US District Court Clerk's Office
mail 210 Franklin Rd
SW Suite 550
Roanoke VA 24011-2280

ZIP 24219 $ 000.50⁰
02 4W
0004404 FEB 25. 2019
U.S. POSTAGE ≫ PITNEY BOWES

Case 7:19-cv-00201-NKM-JCH   Document 1   Filed 02/28/19   Page 3 of 3   Pageid#: 3